UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CASSIE D. TACKETT,

        Plaintiff,

vs.

        Case No. 09-cv-13803
        HON. GEORGE CARAM STEEH

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION (#19), DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE (#16), GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, IN PART, (#11) AND REMANDING ACTION

On September 25, 2009, plaintiff filed a complaint for judicial review following an adverse decision of the Commissioner of Social Security. The matter was referred to Magistrate Judge Mona K. Majzoub, who issued a report and recommendation on February 8, 2011. The magistrate judge recommended the court deny defendant's motion for summary judgment, grant plaintiff's motion for summary judgment and remand the action for the limited purpose of allowing the Administrative Law Judge (ALJ) to determine whether the Vocational Expert's testimony is consistent with the Dictionary of Occupation Titles (DOT). No objections have been filed to the report and recommendation. The court has reviewed the report and recommendation, and in the absence of any timely objection,

The court hereby adopts Magistrate Judge Mona K. Majzoub's February 8, 2011

report and recommendation in its entirety. Defendant's motion for summary judgment [#16] is DENIED without prejudice. Plaintiff's motion for summary judgment [#11] is GRANTED IN PART, to the extent this matter is hereby REMANDED to the ALJ for further proceedings consistent with the February 8, 2011 report and recommendation and analysis set forth therein. Either party may reopen this matter on motion without incurring additional fees.

SO ORDERED.

Dated: March 29, 2011

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 29, 2011, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk

2